■ ABE SPIGNER, Respondent, v. PHILIP KUPERSMIT et al., Appellants.— In an action to recover damages for breach of contract to fabricate, furnish and install structural steel in defendants' proposed building, in which defendants asserted a counterclaim based on plaintiff's breach of the contract, defendants appeal from a judgment of the Supreme Court, Queens County, entered March 24, 1960, after a nonjury trial, upon the decision of the court, in favor of plaintiff. Judgment affirmed, with costs. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ WILLIAM VASSILIADES, Plaintiff, v. JOSEPH P. BLITZ, INC., Defendant and Third-Party Plaintiff-Respondent. WESTINGHOUSE ELECTRIC CORPORATION, ELEVATOR DIVISION, Third-Party Defendant-Appellant.— In an action by an employee of an elevator subcontractor, Westinghouse Electric Corporation, against the general contractor, to recover damages for personal injuries sustained as a result of falling 18 stories down an elevator shaft of a building in the course of construction, in which action the general contractor served a third-party complaint against the subcontractor Westinghouse as a third-party defendant, said subcontractor appeals from an order of the Supreme Court, Kings County, dated March 28, 1960, denying its motion for judgment dismissing the third-party complaint on the pleadings and admissions, pursuant to section 476 of the Civil Practice Act and rule 112 of the Rules of Civil Practice. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur. [22 Misc 2d 51.]